Liza M. Walsh
Marc D. Haefner
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel. (973) 757-1100

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG BIOEPIS CO., LTD., and SAMSUNG BIOLOGICS CO., LTD.,<br><br>Defendants. | Civil Action No. 1:24-cv-08417<br><br>**NOTICE OF APPEARANCE**<br><br>*Electronically Filed* |

To:   Clerk, U.S. District Court for the District of New Jersey
      Mitchell H. Cohen Bldg. & U.S. Courthouse
      4th & Cooper Streets
      Camden, New Jersey 08101

**PLEASE TAKE NOTICE** that Jessica K. Formichella of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC, and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: August 14, 2024               By:  *s/ Jessica K. Formichella*
                                          Jessica K. Formichella