William C. Baton
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendant*
*Samsung Bioepis Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG BIOEPIS CO., LTD. and SAMSUNG BIOLOGICS CO., LTD.,<br><br>Defendants. | Civil Action No. 24-8417 (CPO)(EAP)<br><br>**NOTICE OF APPEARANCE**<br><br>**(Filed Electronically)** |

PLEASE TAKE NOTICE that William C. Baton, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for Defendant Samsung Bioepis Co., Ltd. in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: August 21, 2024

Respectfully submitted,

By: s/ William C. Baton
William C. Baton
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendant*
*Samsung Bioepis Co., Ltd.*