Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendant*
*Samsung Bioepis Co., Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SAMSUNG BIOEPIS CO., LTD. and SAMSUNG BIOLOGICS CO., LTD.,**<br><br>**Defendants.** | Civil Action No. 24-8417 (CPO)(EAP)<br><br>**NOTICE OF APPEARANCE**<br><br>**(Filed Electronically)** |

PLEASE TAKE NOTICE that Alexander L. Callo, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for Defendant Samsung Bioepis Co., Ltd. in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  August 21, 2024

Respectfully submitted,

By:  s/ Alexander L. Callo
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendant*
*Samsung Bioepis Co., Ltd.*