William C. Baton
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700

*Attorneys for Defendants*
*Samsung Bioepis Co., Ltd. and*
*Samsung Biologics Co., Ltd.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: DENOSUMAB PATENT LITIGATION | Civil Action No. 25-3138 (CPO)(EAP) |
| | <u>Motion Date: July 7, 2025</u> |
| This Document Relates To: Amgen Inc. et al. v.<br>Samsung Bioepis Co. Ltd. et al., Civil Action No. 1:24-cv-8417 (CPO-EAP) | (Filed Electronically) |

### NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that on July 7, 2025, or as soon thereafter as counsel may be heard, Defendants Samsung Bioepis Co., Ltd. ("Bioepis") and Samsung Biologics Co., Ltd. ("Biologics") (together, "Defendants") will move before the Honorable Elizabeth A. Pascal, U.S.M.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, for the entry of an Order pursuant to Local Civil Rule 5.3(c) sealing certain portions of: (1) certain attachments to the May 6, 2025 Letter from Plaintiffs to the Hon. Elizabeth A. Pascal, U.S.M.J. (ECF Nos. 175-3 and 175-4 in C.A. No. 24-8417); (2) May 7, 2025 Order Granting in Part and Denying in Part Without Prejudice Plaintiffs' Motion to Compel Production of Samples (ECF No. 180 in C.A. No. 24-8417; ECF No. 58 in C.A. No. 25-3138);

and (3) May 7, 2025 Order Granting in Part and Denying in Part Without Prejudice Plaintiffs' Motion to Compel Jurisdictional Discovery (ECF No. 181 in C.A. No. 24-8417; ECF No. 59 in C.A. No. 25-3138).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Defendants shall rely upon the accompanying declaration of Alexander L. Callo.

PLEASE TAKE FURTHER NOTICE that Plaintiffs consent to this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith for the Court's consideration.

Dated: May 29, 2025

By: s/ Alexander L. Callo
William C. Baton
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
Tel: (973) 286-6722
wbaton@saul.com
alexander.callo@saul.com

*Attorneys for Defendants Samsung Bioepis Co., Ltd. and Samsung Biologics Co., Ltd.*

OF COUNSEL:
Jeanna M. Wacker, P.C. *
Sam Kwon *
Ashley Ross *
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4679
jeanna.wacker@kirkland.com
ashley.ross@kirkland.com
sam.kwon@kirkland.com

Ashley Cade *
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.,
Washington, D.C. 20004
Tel: (202) 389-5000
ashley.cade@kirkland.com

* admitted pro hac vice