Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4945
christopher.jagoe@kirkland.com

*Attorneys for Defendants
Samsung Bioepis Co., Ltd.
and Samsung Biologics Co., Ltd.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: DENOSUMAB PATENT LITIGATION**<br><br>**This Document Relates To:** *Amgen Inc. et al. v. Samsung Bioepis Co. Ltd. et al.*, Civil Action No. 1:24-cv-8417 (CPO-EAP) | Civil Action No. 25-3138 (CPO)(EAP)<br><br>**NOTICE OF APPEARANCE**<br><br>**(Filed Electronically)** |

PLEASE TAKE NOTICE that Christopher T. Jagoe, an attorney with the firm of Kirkland & Ellis LLP, hereby appears as counsel for Defendants Samsung Bioepis Co., Ltd. and Samsung Biologics Co., Ltd. in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: July 8, 2025

Respectfully submitted,

By: s/ Christopher T. Jagoe
Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4945
christopher.jagoe@kirkland.com

*Attorneys for Defendants
Samsung Bioepis Co., Ltd. and
Samsung Biologics Co., Ltd.*